O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | SA 08-640M |
| ) | |
| v. ) | ORDER OF DETENTION AFTER HEARING |
| ) | (18 U.S.C. § 3142(i)) |
| RODOLFO HERNANDEZ IBARRA, ) | |
| ) | |
| Defendant. ) | |

I.

A. ( ) On motion of the Government involving an alleged

   1. ( ) crime of violence;

   2. ( ) offense with maximum sentence of life imprisonment or death;

   3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

      (21 U.S.C. §§ 801,/951, et. seq.,/955a);

   4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

   1. ( X ) serious risk defendant will flee;

   2. ( ) serious risk defendant will

      a. ( ) obstruct or attempt to obstruct justice;

      b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

1  II.

2  The Court finds no condition or combination of conditions will reasonable assure:

3  A. ( X )   appearance of defendant as required; and/or

4  B. ( ) safety of any person or the community;

5  III.

6  The Court has considered:

7  A. ( x ) the nature and circumstances of the offense;

8  B. (x) the weight of evidence against the defendant;

9  C. (x) the history and characteristics of the defendant;

10  D. ( ) the nature and seriousness of the danger to any person or to the community.

11  IV.

12  The Court concludes:

13  A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15  B. (x )   History and characteristics indicate a serious risk that defendant will flee because:

16  **Defendant is undocumented.  He has no ties to the community and no bail**

17  **resources.**

18

19  C. ( ) A serious risk exists that defendant will:

20  1. ( )  obstruct  or  attempt  to  obstruct  justice;

21  2. ( )  threaten, injure or intimidate a witness/ juror; because:

22

23  D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24  provided in 18 U.S.C. § 3142 (e).

25  ///

26  ///

27  ///

28  ///

1      IT IS ORDERED that defendant be detained prior to trial.

2      IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or person held pending appeal.

4      IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

Dated: November 13, 2008

Marc L. Goldman
U.S. Magistrate Judge